IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CYNTHIA A. PARKER                                                                                      PLAINTIFF

v.                                    NO. 1:15-cv-00130 PSH

CAROLYN W. COLVIN, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 13th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE